**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAREER COLLEGE ASSOCIATION d/b/a ASSOCIATION OF PRIVATE SECTOR COLLEGES AND UNIVERSITIES,<br><br>       Plaintiff,<br><br>    v.<br><br>ARNE DUNCAN, in his official capacity as Secretary of the Department of Education,<br><br>and<br><br>THE DEPARTMENT OF EDUCATION,<br><br>       Defendants. | Civil Action No. 1:11-cv-00138 (RMC) |

**MOTION TO CORRECT LIST OF ATTORNEYS TO BE NOTICED**

The undersigned counsel respectfully moves the Court for an order allowing Veronica S. Root to withdraw as counsel for Plaintiff, the Career College Association d/b/a Association of Private Sector Colleges and Universities.  Good cause exists to grant this motion because Ms. Root has resigned from Gibson, Dunn & Crutcher LLP.  Plaintiff will continue to be represented by Douglas R. Cox, Timothy J. Hatch, Nikesh Jindal, and Derek S. Lyons of Gibson, Dunn & Crutcher LLP.

Dated:  July 9, 2013

Respectfully submitted,

/s/ Douglas R. Cox
DOUGLAS R. COX, SBN 459668
DCox@gibsondunn.com
NIKESH JINDAL, SBN 492008
NJindal@gibsondunn.com
DEREK S. LYONS, SBN 995720
DLyons@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.

Washington, DC  20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

TIMOTHY J. HATCH
THatch@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7500
Facsimile: 213.229.7520

*Attorneys for Plaintiff*

SIGNATURE OF PARTY PURSUANT
TO LOCAL RULE 83.6(b)

/s/ Sally L. Stroup_____
Sally L. Stroup
Executive Vice President for Government
Relations and General Counsel

*For Plaintiff Career College Association
d/b/a Association of Private Sector
Colleges and Universities*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July, 2013, true and correct copies of the foregoing

**MOTION TO CORRECT LIST OF ATTORNEYS TO BE NOTICED** were filed and served

pursuant to the Court's electronic filing procedures using the Court's CM/ECF System.

/s/ Derek S. Lyons
DEREK S. LYONS, SBN 995720
DLyons@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone: 202.955.8500
Facsimile: 202.467.0539